# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois



| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>v.<br><br>BRANDON S. MILLER, JR.<br>*Defendant(s)* | Case Number: 24-CR-30054-SMY |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Brandon S. Miller, Jr. ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Illegal Possession of a Machinegun, in violation of 18:922(o) and 924(a)(2)

Date: April 17, 2024

*Issuing officer's signature*

City and state: East St. Louis, IL

Monica A. Stump, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO-442  (Rev. 11/11) Arrest Warrant  MODIFIED SDIL(2/2012)